**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re:

    Anthony C McFarland
    Sherry D McFarland
          Debtor(s)

Case No. 14-18634

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Glenn Stearns, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 05/16/2014.

2) The plan was confirmed on 08/08/2014.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was completed on 02/05/2019.

6) Number of months from filing to last payment: 57.

7) Number of months case was pending: 60.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $58,776.00.

10) Amount of unsecured claims discharged without payment: $39,424.96.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $32,535.00 |
| Less amount refunded to debtor | $135.00 |
| **NET RECEIPTS:** | **$32,400.00** |

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $4,000.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $1,559.98 |
| Other | $10.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$5,569.98** |

Attorney fees paid and disclosed by debtor:        $0.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| AMERICASH LOANS LLC | Unsecured | 1,208.01 | 838.64 | 838.64 | 89.71 | 0.00 |
| CASHNETUSA.COM | Unsecured | 1.00 | 114.20 | 114.20 | 12.22 | 0.00 |
| CERASTES LLC | Unsecured | 1.00 | 940.00 | 940.00 | 100.55 | 0.00 |
| CHECK N GO | Unsecured | 1.00 | 2,291.13 | 2,291.13 | 245.08 | 0.00 |
| CITY OF CHICAGO DEPT OF FINANCE | Unsecured | 597.07 | 200.00 | 200.00 | 21.39 | 0.00 |
| H&R ACCOUNTS INC | Unsecured | 1,580.07 | 1,580.07 | 1,580.07 | 169.02 | 0.00 |
| IDEALGELT | Unsecured | 1,225.00 | 1,225.00 | 1,225.00 | 131.04 | 0.00 |
| ILLINOIS BELL TELEPHONE COMPAN | Unsecured | 415.67 | 719.29 | 719.29 | 76.94 | 0.00 |
| ILLINOIS DEPT OF REVENUE | Priority | 200.00 | 892.16 | 892.16 | 892.16 | 0.00 |
| ILLINOIS DEPT OF REVENUE | Unsecured | NA | 113.60 | 113.60 | 12.15 | 0.00 |
| INTERNAL REVENUE SERVICE | Unsecured | 356.00 | 356.00 | 356.00 | 38.08 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | 1,882.18 | 1,882.18 | 1,882.18 | 1,882.18 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS | Unsecured | 430.00 | 430.00 | 430.00 | 46.00 | 0.00 |
| PEOPLES GAS LIGHT & COKE CO | Unsecured | 140.11 | 140.11 | 140.11 | 14.99 | 0.00 |
| PRESTIGE FINANCIAL SERVICES | Unsecured | NA | 4,828.77 | 4,828.77 | 516.54 | 0.00 |
| PRESTIGE FINANCIAL SERVICES | Secured | 8,900.00 | 8,900.00 | 8,900.00 | 8,900.00 | 738.24 |
| QUANTUM3 GROUP | Unsecured | 1.00 | 830.00 | 830.00 | 88.79 | 0.00 |
| RESURGENT CAPITAL SERVICES | Unsecured | NA | 150.00 | 150.00 | 16.05 | 0.00 |
| PRESTIGE FINANCIAL SERVICES | Unsecured | 339.35 | NA | NA | 0.00 | 0.00 |
| RIVER FOREST IMAGING | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| SEATTLE SERVICE BUREAU | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| SOLOMON INTERNET | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| SPEEDY CASH | Unsecured | 650.85 | NA | NA | 0.00 | 0.00 |
| SSM GROUP | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| SSM GROUP LLC | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| STAR CASH PROCESSING | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| IDES | Unsecured | 8,640.00 | NA | NA | 0.00 | 0.00 |
| HSBC BANK | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| AT&T | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| CENTER FOR SPORTS ORTHOPAEDIC | Unsecured | 164.00 | NA | NA | 0.00 | 0.00 |
| TIDEWATER CREDIT SERVICE | Unsecured | 493.88 | NA | NA | 0.00 | 0.00 |
| VERIZON WIRELESS | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| VILLAGE OF WESTCHESTER | Unsecured | 1,090.62 | NA | NA | 0.00 | 0.00 |
| VILLAGE OF RADIOLOGY | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| WEST SIDE PATHOLOGY | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| WEST SUBURBAN MEDICAL CENTER | Unsecured | 1,050.28 | NA | NA | 0.00 | 0.00 |
| WEST SUBURBAN PRO RECEIVABLE | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| ADVENTIST GLENOAKS HOSPITAL | Unsecured | 134.23 | NA | NA | 0.00 | 0.00 |
| AMERICAN INFOSOURCE | Unsecured | 2,291.13 | NA | NA | 0.00 | 0.00 |
| AMERICASH LOANS | Unsecured | 463.64 | NA | NA | 0.00 | 0.00 |
| ATHLETICO | Unsecured | 2,501.05 | NA | NA | 0.00 | 0.00 |
| CASH AMERICA NET OF ILLINOIS | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| COMCAST | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| COMED | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| COMED | Unsecured | 1,109.89 | NA | NA | 0.00 | 0.00 |
| CREDIT PROTECTION DEPOT | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| DISCOUNT ADVANCES | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| ELMHURST MEMORIAL HEALTHCARE | Unsecured | 104.28 | NA | NA | 0.00 | 0.00 |
| FIRST CASH ADVANCE | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| GENZYME GENETICS | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| MAGNUM CASH ADVANCE | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| MALCOLM S GERALD & ASSOC | Unsecured | 706.88 | NA | NA | 0.00 | 0.00 |
| METRO SOUTH MEDICAL CENTER | Unsecured | 367.86 | NA | NA | 0.00 | 0.00 |
| MYCASHNOW | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| NATIONAL RECOVERY | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| NATIONAL SERVICE | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| NEWPORT MEDICAL ASSOC | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| NEWPORT MEDICAL ASSOC | Unsecured | 228.00 | NA | NA | 0.00 | 0.00 |
| NORTHWAY FINANCIAL LOAN | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| NORTHWESTERN MEMORIAL HOSPI | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| ONE IRON VENTURES | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| PAYDAY ONE | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| PAYDAY ONE | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| CBCS | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| CBE GROUP | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| INTEGRITY ADVANCE | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Unsecured | 356.00 | NA | NA | 0.00 | 0.00 |
| T MOBILE | Unsecured | 1.00 | 1,908.18 | 1,908.18 | 204.12 | 0.00 |
| TIDEWATER FINANCE COMPANY | Unsecured | NA | 4,276.12 | 4,276.12 | 457.42 | 0.00 |
| TIDEWATER FINANCE COMPANY | Secured | 7,950.00 | 7,950.00 | 7,950.00 | 7,950.00 | 617.35 |
| US DEPARTMENT OF EDUCATION | Unsecured | 29,241.95 | 33,747.70 | 33,747.70 | 3,610.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

| Summary of Disbursements to Creditors: | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $16,850.00 | $16,850.00 | $1,355.59 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$16,850.00** | **$16,850.00** | **$1,355.59** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $2,774.34 | $2,774.34 | $0.00 |
| **TOTAL PRIORITY:** | **$2,774.34** | **$2,774.34** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$54,688.81** | **$5,850.09** | **$0.00** |

| Disbursements: | | |
|---|---|---|
| Expenses of Administration | $5,569.98 | |
| Disbursements to Creditors | $26,830.02 | |
| **TOTAL DISBURSEMENTS :** | | **$32,400.00** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 05/07/2019         By: /s/ Glenn Stearns
                                            Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**